## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

GABRIEL J.B. MONTOYA, *et al.*,

      Plaintiffs,

v.                                   Case No. Civ. 22-265 KG/JHR

NEW MEXICO CORRECTIONS DEPARTMENT, *et al.*,

      Defendants.

### ORDER DENYING AS MOOT MOTION TO CONSOLIDATE

**THIS MATTER** is before the Court on Plaintiff's Motion to Consolidate. (Doc. 21.) Plaintiff filed related motions to consolidate in the following cases: 20cv612 RB/KRS (Doc. 55); 22cv265 KG/JHR (Doc. 21); 22cv462 DHU/KK (Doc. 23); 22cv522 MIS/SCY (Doc. 15); and 22cv593 JB/KRS (Doc. 7). The presiding judge in the lowest-numbered case (20cv612 RB/KRS) has denied the motion to consolidate filed in that case. Therefore, the Court finds the Motion to Consolidate in this case is now moot.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Consolidate (Doc. 21) is **DENIED as moot**.

                                  _____
                                  UNITED STATES DISTRICT JUDGE