IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GABRIEL J.B. MONTOYA,
and ARES BROWN,

    Plaintiffs,

v.                                  Case No. 22-CV-00265 KG/JHR

ALISHA TAFOYA LUCERO, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

THIS MATTER is before the Court on Defendants' Motion for Summary Judgment as to Gabriel Montoya's Claim, (Doc. 61), filed June 27, 2023. Plaintiff Montoya's Response to Defendants' Motion for Summary Judgment as to Montoya's Claim, (Doc. 63), was filed on June 30, 2023; and Defendants' Reply in Support of Motion for Summary Judgment as to Montoya's Claim, (Doc. 68), was filed on July 14, 2023. On February 8, 2024, the Court held a hearing regarding Defendants' Motion for Summary Judgment. Shavon Ayala appeared on Plaintiffs' behalf, and Deborah Moulton appeared on Defendants' behalf. For the reasons stated on the record, the Court denies Defendants' Motion for Summary Judgment, (Doc. 61), without prejudice.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE