IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GABRIEL J.B. MONTOYA,

    Plaintiff,

v.   No. 2:22-cv-265 KG/KRS

ALISHA TAFOYA LUCERO, *et al.*,

    Defendants.

## FINAL JUDGMENT

Pursuant to its previously filed Order dismissing all claims, (Doc. 169), and Fed. R. Civ. P. 58, the Court hereby enters final judgment in this matter.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant, and Plaintiff's claims are dismissed with prejudice.

/s/_____
KENNETH J. GONZALES[1]
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.